## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                      NO. 4:13CR00042-001 KGB

GEORGE TYLE SULLIVAN                                              DEFENDANT

### **ORDER**

On November 15, 2013, the psychiatric report of defendant George Tyle Sullivan was filed under seal (Dkt. No. 23). This report was prepared pursuant to this Court's Orders of August 21, 2012, and August 23, 2013 (Dkt. Nos. 15 and 16). Copies of the report were provided to counsel for the United States and counsel for Mr. Sullivan. In this Court's Order of August 23, 2013, counsel were directed to file a motion for hearing regarding any issues in the report or to file a motion in opposition to the report within 14 days from receipt of the report (Dkt. No. 16). No opposition to the psychiatric report has been filed, and no hearing has been requested. Therefore, the conclusions stated in the report are adopted as the conclusions and findings of the Court.

IT IS SO ORDERED this 4th day of December, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE